UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00072 |
| | ) | JUDGE CAMPBELL |
| DANIEL RAY SCARBOROUGH | ) | |

ORDER

Pending before the Court is the United States' Motion to Quash Defendant's Subpoena *Duces Tecum* to the Forest Service (Docket No. 30). The Order (Docket No. 31) referring the Motion to the Magistrate Judge is VACATED.

Instead, the parties shall be prepared to argue the Motion at the status conference on September 25, 2013. The status conference is moved from 8:15 a.m. to 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE